

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2022

at 11 o'clock and 55 min. A M  Jo
CLERK, U.S. DISTRICT COURT

CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK # 3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     tom.muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR22 00060 LEK |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and | ) | [18 U.S.C. §§ 371, 1028A, 1542] |
| GWYNN DARLE MORRISON, aka "Julie Lyn Montague," | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

## Count 1
## Conspiracy
## (18 U.S.C. § 371)

On or about August 28, 2018, within the District of Hawaii, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and GWYNN DARLE PRIMROSE, aka "Julie Lynn Montague," the defendants, did knowingly and willfully conspire and agree together and with each other to commit an offense against the United States, that is, to willfully and knowingly make materially false, fictitious, and fraudulent statements or representations in a matter within the jurisdiction of the Department of Defense, a governmental agency or department, in violation of Title 18, United States Code, Section 1001.

### Object of the Conspiracy

It was the object of the conspiracy to fraudulently obtain a Military Dependent Identification Card for GWYNN DARLE MORRISON that falsely identified her as "Julie L. Montague".

### Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed the following overt acts, among others, in the District of Hawaii:

    a.    On or about August 28, 2018, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON went to the Hawaii Army National Guard Office in Kapolei, Hawaii.

    b.    On or about August 28, 2018, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON met with personnel at the Hawaii Army National Guard office who administered the Defense Enrollment Eligibility Reports Systems ("DEERS") identification site for the Department of Defense in the Hawaii Army National Guard office.

    c.    On or about August 28, 2018, WALTER GLENN PRIMROSE identified himself as "Bobby Edward Fort" to personnel at the Hawaii Army National Guard office in Kapolei, Hawaii.

    d.    On or about August 28, 2018, GWYNN DARLE MORRISON identified herself as "Julie Lynn Montague" to personnel at the Hawaii Army National Guard office in Kapolei, Hawaii.

    e.    On or about August 28, 2018, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON signed an Application for Identification Card/DEERS Enrollment Form 1172-2.

All in violation of Title 18, United State Code, Section 371.

Count 2
Aggravated Identity Theft
(18 U.S.C. § 1028A)

On or about August 28, 2018, within the District of Hawaii, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and GWYNN DARLE MORRISON, aka "Julie Lyn Montague," the defendants, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, Title 18, United States Code, Section 1001, that is, the defendants willfully and knowingly made materially false, fictitious, and fraudulent statements or representations in a matter within the jurisdiction of the United States Department of Defense, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A.

Count 3
False Statements in Application and Use of Passport
(18 U.S.C. § 1542)

On or about April 4, 2014, within the District of Hawaii, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," the defendant, did willfully and knowingly use and furnish to another for use a passport the issue of which was secured by reason of a false statement, namely, a passport that was secured by reason of false statements made in the application therefore, which falsely stated

4

that the person depicted in the passport photograph was "Bobby Edward Fort" when in fact the person was the defendant, which said passport the defendant used to obtain a Hawaii Driver's License.

All in violation of Title 18, United States Code, Section 1542.

Count 4
False Statement in Application for Passport
(18 U.S.C. § 1542)

On or about April 8, 2016, within the District of Hawaii, GWYNN DARLE MORRISON, aka "Julie Lyn Montague," the defendant, did willfully and knowingly make a false statement in a passport renewal application with intent to induce and secure for her own use the issuance of a renewed passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant identified herself as "Julie Lyn Montague" and that her

//
//
//
//
//
//
//

date of birth was in XXX XX, 1968, which statement she knew to be false.

All in violation of Title 18, United States Code, Section 1542.

DATED:   July 28, 2022, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Walter Glenn Primrose, et al.
Indictment
Cr. No. CR22 00060LEK

6