# EXHIBIT "B"

United States v. Walter Glenn Primrose
Cr. No. 22-00060 LEK

| | |
|---|---|
| **From:** | Muehleck, Tom (USAHI) |
| **To:** | Max Mizono; Megan Kau |
| **Subject:** | U.S.v. Walter Glenn Primrose and Gwynn Darle Morrison Cr. No. 22-00060 LEK |
| **Date:** | Friday, August 5, 2022 2:26:09 PM |

Good afternoon. Please be advised that a witness has said that the photos of Defendants Primrose and Morrison in a KGB uniform were taken sometime in the 1990s. Federal agents were given the alleged uniform.

# **EXHIBIT "B"**