MK LAW LLC
Megan K. Kau 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone:  (808) 864-8896
Email:        mk@megkaulaw.com

Attorney for Defendant
Gwynn Darle Morrison

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and<br><br>GWYNN DARLE MORRISON, aka "Julie Lyn Montague,"<br><br>Defendants. | CR. NO. 22-00060 LEK<br><br>DEFENDANT MORRISON'S JOINDER TO DEFENDANT PRIMROSE'S MOTION FOR REVOCATION OF DETENTION ORDER AND APPEAL OF DETENTION ORDER, FILED AUGUST 11, 2022 AS DOC. 36; CERTIFICATE OF SERVICE |

DEFENDANT MORRISON'S JOINDER TO DEFENDANT PRIMROSE'S MOTION FOR REVOCATION OF DETENTION ORDER AND APPEAL OF DETENTION ORDER, FILED AUGUST 11, 2022 AS DOC. 36

On August 11, 2022, Defendant Primrose filed *Motion for Revocation of Detention Order and Appeal of Detention Order* as document 36 ("Motion"). Pursuant to CrimLR12.3 and LR7.7, Defendant Morrison hereby joins that motion. Morrison hereby seeks the same relief sought by Primrose for herself.

As a matter of background, on July 21, 2022, the government filed a *Criminal Complaint* against defendants Primrose and Morrison. On July 25, 2022, the government filed a *Motion to Detain Defendants Without Bail* [Doc. 10]. Both defendants were ordered to be held without bail. On August 11, 2022, Primrose filed this Motion. As discussed in the Motion, "the government's arguments, in tandem with its submission of the photographs, have had the intended effect of portraying Mr. Primrose and his co-defendant as Russian spies."[1]

The Motion should be granted because the argument that Morrison is a flight risk is even more attenuated than the argument that Primrose is likely to flee. The only arguments made in support of holding Morrison without bail are: (1) "It is believed that the defendants may have established aliases other than . . . Julie Lyn Montague."[2]; (2) "A close associate of defendant Morrison advised federal agents that Morrison, sometime ago, lived in Romania."[3]; and (3) "Federal agents have also seized photographs from the defendants' residence that depict the defendants apparently some years ago wearing what have been identified as KGB uniforms."[4]

First, as argued at the detention hearing, the government fails to indicate what established aliases Morrison has used. Secondly, the government fails to name the

---

[1] Motion at 12.
[2] Motion to Detain Defendants Without Bail [Doc. 10] at 2.
[3] *Id*. at 2-3.
[4] *Id*. at 3.

"close associate" who advised that Morrison allegedly lived in Romania. And the government has failed to allege when—if at all—Morrison allegedly lived there. Thirdly, the Government has clearly back peddled from its initial reliance on the KGB photo. To date, there has been only one photograph turned over to the defense—not multiple photographs. Moreover, the government has now admitted that there was only one jacket and hat, and that Primrose and Morrison seem to be posing wearing the same uniform. The government has apparently obtained that sole uniform from its owner—neither Primrose nor Morrison.

For these reasons and for the reasons stated in the Motion, the defense respectfully asks to release Morrison under a condition or combination of conditions (also discussed in the pending Motion) that will reasonably assure her appearance.

DATED: Honolulu, Hawai`i, August 15, 2022

                                                       /s/ *Megan K. Kau*
                                                     Megan K. Kau
                                                     Attorney for Defendant
                                                     Gwynn Darle Morrison

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  vs.<br><br>WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and<br><br>GWYNN DARLE MORRISON, aka "Julie Lyn Montague,"<br><br>           Defendants. | CR. NO. 22-00060 LEK<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, upon filing, a true and correct copy of the foregoing will be personally served on the following at their last known addresses:

| | |
|---|---|
| THOMAS MUEHLECK<br>Assistant United States Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawai`i 96850<br>   Attorney for Plaintiff<br>   United States of America | via CM/ECF |
| DIANE ARIM-LINSCOTT<br>United States Probation Officer<br>Room 2100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawai`i 96850<br>   Attorney for Plaintiff<br>   United States of America | Via e-mail |

DATED: Honolulu, Hawai`i, August 15, 2022

                                                */s/   Megan K. Kau*
                                                Megan K. Kau
                                                Attorney for Defendant
                                                Gwynn Darle Morrison