# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 22-00060 LEK |
| CASE NAME: | USA vs. Walter Glenn Primrose (1) |
| | Gwynn Darle Morrison (2) |
| ATTYS FOR PLA: | Tom Muehleck |
| ATTYS FOR DEFT: | Max Mizono |
| | Megan Kau |
| PTSO: | Erin Patrick, Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 8/22/2022 | TIME: | 12:00 PM - 12:40 PM |

COURT ACTION:  EP: [36] Appeal of Magistrate Judge Decision re [24], [32] Orders of Detention and Trial Status Conference as to Defendant's Walter Glenn Primrose and Gwynn Darle Morrrison held by video teleconference ("VTC").

Defendants Walter Glenn Primrose and Gwynn Darle Morrrison present in custody by VTC and consent to a hearing conducted by VTC.

Court has received and reviewed pleadings submitted by the parties on the defense Appeal of Magistrate Judge Decision regarding Orders of Detention.

Arguments heard on the Motion/Appeal by counsel:
Max Mizono
Megan Kau
Tom Muehleck

[12:40 PM] For reasons stated on the record, the Court SUSTAINS Magistrate Judge Rom Traders Order of Detention.

Court addresses the current trial scheduled for 9/26/2022.  Government will have a possible conflict with a trial in another case that will overlap the 9/26/2022 date.  Defense objects to a continuation at this time.  Trial remains as scheduled.  Court directs a trial status conference be set.

Trial status conference set for 9/1/2022 at 11am by VTC is reset to **8/23/2022 at 12PM**

by VTC.  The Courtroom manager will provide participants with the instructions and information to connect by video in advance of the scheduled video conference. Participants must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Submitted by: Agalelei Elkington, Courtroom Manager