UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

Request for Video Participation

In Hearing(s) Before Judge Leslie E. Kobayashi

Requests for video access to hearings held by video telephone conference (VTC) before Judge Leslie E. Kobayashi must be made using the Request for Video Participation form at least 24 hours before the time of the VTC proceeding. The form may be submitted via email to Kobayashi_orders@hid.uscourts.gov or in hard copy mailed or hand-delivered to chambers. Those granted video access must mute their audio during the entirety of the proceeding. Disruptive behavior will result in denial of video access. The court may limit the number of those granted video access depending on the total capacity for effective video and audio quality. In criminal cases, priority for video access permission shall be given to family members of any defendant. No copying of the proceeding in any manner is permitted. If access is granted, the log-in access information shall not be shared in any form with others who have not sought and received court permission for video access to any VTC hearing.

The undersigned agrees to the foregoing rules and requests that the court grant permission for video participation in the proceeding(s) identified below that will be held before Judge Leslie E. Kobayashi by video telephone conference (VTC). **Requests must be received at least 24 hours in advance of the time of the hearing.**

Case Name: USA v. Primrose et al    Case No. 22-CR-00060-LEK

Requester Name: Jennifer Kelleher    Member of Media? ☒ Yes ☐ No

If Yes; Media Outlet: The Associated Press

Email Address To Send Completed Request form: jkelleher@ap.org

☒ Permission is being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 8/23/2022 | 12 pm | status conference |
| ~~and all future on the record VTC~~ | | |
| ~~hearings~~ | | |

DATED: 8/23/2022    SIGNATURE: [signed]
PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED

☐ APPROVED   ☒ APPROVED AS MODIFIED   ☐ DENIED

DATED: August 22, 2022    [signed] Leslie E. Kobayashi