SALINA M. KANAI #8096
Federal Public Defender
District of Hawaii

MAX MIZONO #10245
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail:    max_mizono@fd.org

Attorney for Defendant
WALTER GLENN PRIMROSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060-LEK |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; |
| vs. | ) ) | DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| WALTER GLENN PRIMROSE, | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW counsel, MAX J. MIZONO, Assistant Federal Defender, and moves this Honorable Court to allow the Office of the Federal Public Defender to withdraw as counsel for Defendant WALTER GLENN PRIMROSE and for the

appointment of a CJA panel attorney for the reason that there is a breakdown of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, October 11, 2022.

    /s/ Max J. Mizono
MAX J. MIZONO
Attorney for Defendant
WALTER GLENN PRIMROSE