CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96580
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: tom.muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060-01 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE TO |
| | ) | MOTION FOR WITHDRAWAL AND |
| vs. | ) | SUBSTITUTION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Walter Glenn Primrose, (01) | ) | |
| aka "Bobby Edward Fort," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES' RESPONSE TO MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, the United States of America, by and through the United

States Attorney for the District of Hawaii, and hereby files its response to the

Motion for Withdrawal and Substitution of Counsel filed on October 11, 2022 by Assistant Federal Defender Maximilian J. Mizono.

The United States takes no position on this Motion.

DATED: October 17, 2022 at Honolulu, Hawaii

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

      */s/ Thomas Muehleck*
By_____
THOMAS MUEHLECK
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

MAXIMILIAN J. MIZONO, ESQ.

Attorney for Defendant
WALTER GLENN PRIMROSE

DATED: October 17, 2022, at Honolulu, Hawaii.

*/s/ Dawn Aihara*
_____