IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| USA | ) | Case: 1:22-cr-00060-LEK-1 |
|     Plaintiff, | ) ) ) | ORDER TEMPORARILY UNSEALING |
| vs. | ) ) | HEARING FOR LIMITED PURPOSE OF PREPARING COPY OF TRANSCRIPT |
| WALTER GLENN PRIMROSE (1), | ) ) | |
|     Defendant. | ) ) | |

ORDER TEMPORARILY UNSEALING HEARING FOR LIMITED PURPOSE OF
PREPARING COPY OF TRANSCRIPT

    Government Counsel Thomas Muehleck's Request for Leave to Obtain the Transcript of a partially sealed proceeding held on 10/27/2022 is hereby GRANTED.

    It is the ORDER OF THIS COURT that the partially sealed hearing shall be unsealed for the limited purpose of preparing and providing a transcript to Thomas Muehleck, counsel for the government.

    It is FURTHER ORDERED that the sealed hearing shall be resealed thereafter and remain sealed until further order of the Court.

    It is FURTHER ORDERED that the receiving party shall not disclose the sealed contents of this transcript to anyone other than the representatives of the parties directly concerned with this case.

    DATED: Honolulu, Hawaii, on December 8, 2022.



Rom A. Trader
United States Magistrate Judge