CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALTER GLENN PRIMROSE, (01)<br>　aka, "Bobby Edward Fort"<br><br>GWYNN DARLE MORRISON, (02)<br>　aka, "Julie Lyn Montague"<br><br>　　　　Defendants. | CR. NO. 22-00060 LEK<br><br>GOVERNMENT'S MOTION FOR A PRETRIAL DETERMINATION OF THE ADMISSIBILITY OF DEFENDANT WALTER GLENN PRIMROSE'S STATEMENTS; EXHIBITS 1-2; CERTIFICATE OF SERVICE |

### GOVERNMENT'S MOTION FOR A PRETRIAL DETERMINATION OF THE ADMISSIBILITY OF DEFENDANT WALTER GLENN PRIMROSE'S STATEMENTS

COMES NOW that United States of America by and through the United States Attorney for the District of Hawaii and hereby submits its motion For a Pretrial Determination of the Admissibility of Defendant Walter Glenn Primrose's Statements.

In order to narrow the issues before trial, which is presently scheduled for February 21, 2023, the United States seeks a pretrial determination of the admissibility of Defendant Walter Glenn Primrose's statements made to the Court at the telephonic detention hearing on July 28, 2022, ECF 21, and at the motion for withdrawal and substitution of counsel on October 27, 2022, ECF 63.

The United States submits that the Defendant voluntarily identified himself as "Walter Glenn Primrose" to the Court during the detention hearing *see* Exhibit 1 p. 2, and during the hearing on the motion for withdrawal and substitution of counsel, *see* Exhibit 2 p. 2.

Defendant's statements were not the product of a custodial questioning by law enforcement, rather they were made in response to questions by the Court while the Defendant's counsel was present. The Court should find that the

//

//

//

Defendant's statements were voluntary and are admissible at trial under Rule 801(d)(2)(A) of the Federal Rule of Evidence.

DATED: January 9, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By *T. Muehleck*
THOMAS MUEHLECK
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served through CM/ECF</u>:

Walter J. Rodby         E-mail: attorneyrodby@msn.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.      E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED: January 9, 2023, at Honolulu, Hawaii.

*/s/ Alaina Benson*
U.S. Attorney's Office
District of Hawaii