CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CR. NO. 22-00060 LEK |
| | ) |
| Plaintiff, | )  GOVERNMENT'S MOTION TO |
| | )  HAVE THE COURT TAKE |
| vs. | )  JUDICIAL NOTICE; CERTIFICATE |
| | )  OF SERVICE |
| | ) |
| WALTER GLENN PRIMROSE,  (01) | ) |
| aka, "Bobby Edward Fort" | ) |
| | ) |
| GWYNN DARLE MORRISON,  (02) | ) |
| aka, "Julie Lyn Montague" | ) |
| | ) |
| Defendants. | ) |
| | ) |

## GOVERNMENT'S MOTION TO HAVE THE COURT TAKE JUDICIAL NOTICE

COMES NOW that United States of America by and through the United States Attorney for the District of Hawaii and hereby submits the Government's Motion to Have the Court Take Judicial Notice. The United States requests that the Court take judicial notice pursuant to Rule 201(b) and (c) of the Federal Rules of Evidence of certain events that occurred in this case and are recorded in the Court's docket.

The United States asks that the Court take judicial notice that:

1.       Defendants Walter Glenn Primrose and Gwynn Darle Morrison were arrested on July 22, 2022, pursuant to a sealed Criminal Complaint and Warrant for Arrest.

2.       The Court unsealed the Criminal Complaint on July 22, 2022.

3.       The Defendants made their initial appearance in United States District Court on July 25, 2022, and the Court appointed the Office of the Federal Public Defender on behalf of Defendant Walter Glenn Primrose and Megan Kau on behalf of Defendant Gwynn Darle Morrison. A detention hearing was set for July 28, 2022, at 9:30 a.m. before United States Magistrate Judge Rom Trader. The Defendants were remanded to the custody of the United States Marshals Service.

4.       On July 28, 2022, a telephonic detention hearing was held for Defendant Walter Glenn Primrose. Defendant Primrose was in custody and present via telephone from the Federal Detention Center. Craig W. Jerome of the

Office of the Federal Public Defender appeared via telephone on behalf of Defendant Primrose. Defendant Primrose waived his right to be physically present and consented to appear via telephone. The Court conducted a colloquy with Defendant Primrose to confirm his waiver and consent.

5. On October 12, 2022, Assistant Federal Defender, Max J. Mizono, filed a motion to withdraw and substitute counsel for Defender Walter Glenn Primrose.

6. On October 27, 2022, a telephonic motion hearing was held on Defendant Walter Glenn Primrose's motion for Withdrawal and Substitution of Counsel. Assistant Federal Defender Max J. Mizono appeared by telephone. Defendant Walter Primrose waived his right to be physically present and consented to appear via telephone. The Court conducted a colloquy with Defendant Primrose to confirm his waiver and consent.

DATED: January 10, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By ___T. Muehleck___
THOMAS MUEHLECK
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served through CM/ECF:

Walter J. Rodby          E-mail: attorneyrodby@msn.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.          E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED:   January 10, 2023, at Honolulu, Hawaii.


/s/ Alaina Benson
U.S. Attorney's Office
District of Hawaii