ORIGINAL

CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK # 3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     tom.muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 12 2023
at 10 o'clock and 10 min. 9 M
John A. Mannle, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 22-00060 LEK |
| Plaintiff, | |
| | SUPERSEDING INDICTMENT |
| vs. | |
| WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and | [18 U.S.C. §§ 371, 1028A, 1542] |
| GWYNN DARLE MORRISON, aka "Julie Lyn Montague," | |
| Defendants. | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

## Count 1
## Conspiracy
## (18 U.S.C. § 371)

On or about August 28, 2018, within the District of Hawaii, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and GWYNN DARLE MORRISON, aka "Julie Lyn Montague," the defendants, did knowingly and willfully conspire and agree together and with each other to commit an offense against the United States, that is, to willfully and knowingly make materially false, fictitious, and fraudulent statements or representations in a matter within the jurisdiction of the Department of Defense, a governmental agency or department, in violation of Title 18, United States Code, Section 1001.

### Object of the Conspiracy

It was the object of the conspiracy to fraudulently obtain a Military Dependent Identification Card for GWYNN DARLE MORRISON that falsely identified her as "Julie L. Montague."

### Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed the following overt acts, among others, in the District of Hawaii:

a. On or about August 28, 2018, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON went to the Hawaii Army National Guard Office in Kapolei, Hawaii.

b. On or about August 28, 2018, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON met with personnel at the Hawaii Army National Guard office who administered the Defense Enrollment Eligibility Reports Systems ("DEERS") identification site for the Department of Defense in the Hawaii Army National Guard office.

c. On or about August 28, 2018, WALTER GLENN PRIMROSE identified himself as "Bobby Edward Fort" to personnel at the Hawaii Army National Guard office in Kapolei, Hawaii.

d. On or about August 28, 2018, GWYNN DARLE MORRISON identified herself as "Julie Lyn Montague" to personnel at the Hawaii Army National Guard office in Kapolei, Hawaii.

e. On or about August 28, 2018, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON signed an Application for Identification Card/DEERS Enrollment Form 1172-2.

All in violation of Title 18, United State Code, Section 371.

Count 2
Aggravated Identity Theft
(18 U.S.C. § 1028A)

On or about August 28, 2018, within the District of Hawaii, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and GWYNN DARLE MORRISON, aka "Julie Lyn Montague," the defendants, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, Title 18, United States Code, Section 1001, that is, the defendants willfully and knowingly made materially false, fictitious, and fraudulent statements or representations in a matter within the jurisdiction of the United States Department of Defense, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A.

Count 3
False Statements in Application and Use of Passport
(18 U.S.C. § 1542)

On or about April 4, 2014, within the District of Hawaii, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," the defendant, did willfully and knowingly use and furnish to another for use a passport the issue of which was secured by reason of a false statement, namely, a passport that was secured by reason of false statements made in the application therefore, which falsely stated

that the person depicted in the passport photograph was "Bobby Edward Fort" when in fact the person was the defendant, which said passport the defendant used to obtain a Hawaii Driver's License.

All in violation of Title 18, United States Code, Section 1542.

Count 4
False Statements in Application and Use of Passport
(18 U.S.C. § 1542)

On or about April 8, 2016, within the District of Hawaii, GWYNN DARLE MORRISON, aka "Julie Lyn Montague," the defendant, did willfully and knowingly make a false statement in a passport renewal application with intent to induce and secure for her own use the issuance of a renewed passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant identified herself as "Julie Lyn Montague" and that her date of birth was in XXX XX, 1968, which statements she knew to be false.

All in violation of Title 18, United States Code, Section 1542.

Count 5
Conspiracy
(18 U.S.C. § 371)

From a precise date unknown, but by at least sometime in June 1987 and continuing to on or about July 22, 2022, in the District of Hawaii and elsewhere, WALTER GLENN PRIMROSE, aka "Bobby Edward Fort," and GWYNN

DARLE MORRISON, aka "Julie Lyn Montague," the defendants, did knowingly and willfully conspire and agree together with each other to commit offenses against the United States, to wit, willfully and knowingly making false statements in application for passports, with intent to secure the issuance of passports under the authority of the United States, and willfully and knowingly using, or attempting to use, such passports secured by such false statements, violations of Title 18, United States Code, Section 1542.

### Object of the Conspiracy

It was the object of the conspiracy to obtain United States passports in the names "Bobby Edward Fort" and "Julie Lyn Montague" by impersonating such persons and obtaining and using their personally identifiable information ("PII"), and then to use such fraudulently obtained United States passports to obtain drivers licenses, to document eligibility for employment and to travel internationally.

### Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the defendants committed the following overt acts, among others, in the District of Hawaii and elsewhere:

 a. On or about June 25, 1987, GWYNN DARLE MORRISON obtained a birth certificate for "Julie Lyn Montague."

b. On or about August 5, 1987, WALTER GLENN PRIMROSE obtained a birth certificate for "Bobby Edward Fort."

c. On or about August 25, 1987, WALTER GLENN PRIMROSE obtained a Texas driver's license in the name of "Bobby Edward Fort."

d. On or about September 1, 1987, GWYNN DARLE MORRISON obtained a Texas identification card in the name of "Julie Lyn Montague."

e. On or about September 30, 1987, WALTER GLENN PRIMROSE applied for a Social Security Number in the name of "Bobby Edward Fort."

f. On or about October 26, 1987, GWYNN DARLE MORRISON applied for a Social Security Number in the name of "Julie Lyn Montague."

g. On or about September 24, 1990, GWYNN DARLE MORRISON obtained a Texas driver's license in the name "Julie Lyn Montague".

h. On or about November 8, 1996, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON submitted United States Passport applications in the names of "Bobby Edward Fort" and "Julie Lyn Montague" respectively.

i. On or about May 23, 1998, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON travelled to the Bahamas using their fraudulently obtained United States passports in the names "Bobby Edward Fort" and "Julie Lyn Montague."

j.  On or about October 3, 2006, WALTER GLENN PRIMROSE submitted a United States passport renewal application in the name of "Bobby Edward Fort."

k.  On or about October 4, 2006, GWYNN DARLE MORRISON submitted a United States passport renewal application in the name "Julie Lyn Montague."

l.  On or about September 22, 2015, WALTER GLENN PRIMROSE and GWYNN DARLE MORRISON travelled to Amsterdam, Netherlands, using their fraudulently obtained United States passports in the names "Bobby Edward Fort" and "Julie Lyn Montague."

m.  On or about February 12, 2016, WALTER GLENN PRIMROSE submitted a United States passport renewal application in the name "Bobby Edward Fort."

n.  On or about April 8, 2016, GYWNN DARLE MORRISON submitted a United States passport renewal application in the name "Julie Lyn Montague."

o.  On or about May 15, 2018, GWYNN DARLE MORRISON used a fraudulently obtained United States passport in the name "Julie Lyn Montague," to

//

//

//

verify employment eligibility on a Department of Homeland Security Form I-9.

All in violation of Title 18, United States Code, Section 371.

DATED: January 12, 2023, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Walter Glenn Primrose, et al.
Indictment
Cr. No. 22-00060 LEK

9