CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WALTER GLENN PRIMROSE, (01)<br>　aka, "Bobby Edward Fort"<br><br>GWYNN DARLE MORRISON, (02)<br>　aka, "Julie Lyn Montague"<br><br>　　　　　Defendants. | CR. NO. 22-00060 LEK<br><br>UNITED STATES' MOTION TO CONTINUE TRIAL DUE TO WITNESS INABILITY TO TRAVEL OR IN THE ALTERNATIVE FOR LEAVE OF COURT TO TAKE VIDEOTAPED DEPOSITION; CERTIFICATE OF SERVICE |

<u>UNITED STATES' MOTION TO CONTINUE TRIAL DUE TO WITNESS INABILITY TO TRAVEL OR IN THE ALTERNATIVE FOR LEAVE OF COURT TO TAKE VIDEOTAPED DEPOSITION</u>

COMES NOW the United States of America by and through the United States Attorney for the District of Hawaii and hereby files its motion to continue trial due to witness inability to travel or in the alternative for leave of the Court to take videotaped deposition.

The United States has just learned that Mr. Brian McLean, a critical government witness and Texas resident, due to a recently diagnosed medical condition for which he is currently receiving medical treatment, is unable to travel to Hawaii to attend the trial which is currently scheduled for February 21, 2023. The United States would prefer not to disclose the particulars of Mr. McLean's condition in a public pleading; however, the United States is willing to provide specific details in a sealed pleading or at a hearing on this motion, if requested by the Court. The United States seeks to continue the trial for approximately two months in order for Mr. McLean to complete the medical treatment that he is currently receiving.

In the alternative, the United States seeks an order from the Court, pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure, authorizing the taking of a videotaped deposition of Mr. Brian McLean in Texas.

Mc. McLean, a resident of Cedar Park, Texas, is able to testify that he has known Walter Primrose and Gwynn Morrison since the early 1970s when they

attended Calhoun High School in Port Lavaca, Texas.[1] They remained friends after high school; and in 1987, he hosted them in his home in Austin, Texas, for several months. During that period, Primrose and Morrison told him that they were changing their identities. Mr. McLean learned that the names they took were Bobby Fort and Julie Montague. During that time, Mr. McLean loaned Defendant Walter Primrose the use of his Honda automobile.[2]

McLean would testify that he maintained contact with the Defendants after they left the Austin area and Primrose went into the Coast Guard. McLean corresponded with the Defendants as Defendant Primrose was stationed at various Coast Guard stations including locations in Florida, North Carolina, and Hawaii.[3]

It is apparent that McLean can provide significant testimony in this case. McLean can describe the Defendants' plan to change their identities to "Bobby Fort" and "Julie Montague" and viewed the driver's license that Defendant Primrose obtained in the name of "Bobby Edward Fort."

Rule 15(a)(1) of the Federal Rules of Criminal Procedure permits the Court to order that trial testimony be preserved via a deposition due to "exceptional circumstances" and in the "interest of justice." McLean is prepared to offer

---

1 McLean has identified the Defendants' photographs taken from a Calhoun High School yearbook.
2 Texas Department of Public Safety records show that Defendant Primrose took his driver's license road test on August 25, 1987, when he first obtained the "Bobby Edward Fort" driver's license, utilizing McLean's Honda automobile.
3 Letters and cards that McLean addressed to the Defendants were seized during the July 22nd search of Defendants' Hiluhilu Street residence in Kapolei and a photograph of the Defendants with McLean was seized during the search.

3

significant testimony in this case but is unable to travel to Oahu. The United States seeks a short continuance of the February 21st trial date in order for Mr. McLean to complete his medical treatment. In the alternative, the government asks the Court to issue an order authorizing the taking of a videotaped deposition of his testimony, which can then be used at trial. Such a deposition would allow McLean not to travel, while also allowing him to provide testimony subject to cross-examination.

DATED: January 19, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By *T. Muehleck*
THOMAS MUEHLECK
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served through CM/ECF:

Walter J. Rodby        E-mail: attorneyrodby@msn.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.        E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED: January 19, 2023, at Honolulu, Hawaii.

/s/ Alaina Benson
U.S. Attorney's Office
District of Hawaii