CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00060 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION IN |
| | ) | LIMINE NO. 1 TO PRECLUDE |
| vs. | ) | EXAMINATION OR TESTIMONY |
| | ) | CONCERNING DEFENDANTS |
| WALTER GLENN PRIMROSE, (01) | ) | WEARING FOREIGN MILITARY |
| aka, "Bobby Edward Fort" | ) | UNIFORMS; CERTIFICATE OF |
| | ) | SERVICE |
| GWYNN DARLE MORRISON, (02) | ) | |
| aka, "Julie Lyn Montague" | ) | TRIAL DATE: May 23, 2023 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Leslie E. Kobayashi |
| | ) | |

UNITED STATES' MOTION IN LIMINE NO. 1 TO PRECLUDE
EXAMINATION OR TESTIMONY CONCERNING DEFENDANTS WEARING
FOREIGN MILITARY UNIFORMS

COMES NOW the United States of America by and through the United States Attorney for the District of Hawaii and hereby files its Motion In Limine No. 1 to preclude examination or testimony concerning Defendants wearing or being photographed in foreign military uniforms.  The United States submits that such information is irrelevant to the charges before the Court.  The Defendants are charged with conspiring to make false statements in a matter within the jurisdiction of the Department of Defense, Count 1; aggravated identity theft, Count 2; false statements in application and use of a passport, Counts 3 and 4; and conspiring to make false statements in applications and use of passports, Count 5.  Whether or not the Defendants wore foreign military uniforms has no bearing on the issues presented by the counts of the Indictment.

Rule 401 of the Federal Rules of Evidence, The Test for Relevant Evidence provides:

Evidence is relevant if:

a) it has any tendency to make a fact more or less probable than it would be without the evidence; and

b) the fact is of consequence in determining the action

Whether the Defendants were ever photographed wearing foreign military uniforms does not tend to prove that they made false statements on applications for U.S. passports or conspired to make false statements in matters within the

2

jurisdiction of the Department of Defense.

    Therefore, inquiry or testimony into this matter should be precluded.

    DATED:    March 24, 2023, at Honolulu, Hawaii.

    Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii


By */s/ Thomas Muehleck*
    THOMAS MUEHLECK
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served through CM/ECF:

Walter J. Rodby            E-mail: attorneyrodby@msn.com

Attorney for Defendant
WALTER GLENN PRIMROSE
aka "Bobby Edward Fort"

Megan K. Kau, Esq.         E-mail: mk@megkaulaw.com

Attorney for Defendant
GWYNN DARLE MORRISON
aka "Julie Lyn Montague"

DATED:   March 24, 2023, at Honolulu, Hawaii.

/s/ Alaina Benson
U.S. Attorney's Office
District of Hawaii