CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 22-00060 LEK |
| Plaintiff, | ) <br> ) AMENDED ORDER GRANTING <br> ) DEFENDANT GWYNN DARLE |
| vs. | ) MORRISON'S MOTION TO <br> ) CONTINUE TRIAL AND |
| WALTER GLENN PRIMROSE, (01) <br> aka, "Bobby Edward Fort" | ) EXCLUDING TIME UNDER THE <br> ) SPEEDY TRIAL ACT <br> ) |
| GWYNN DARLE MORRISON, (02) <br> aka, "Julie Lyn Montague" | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

AMENDED ORDER GRANTING DEFENDANT GWYNN DARLE
MORRISON'S MOTION TO CONTINUE TRIAL DATE AND EXCLUDING
TIME UNDER THE SPEEDY TRIAL ACT

Trial in this matter is currently set for April 17, 2023. On February 7, 2023, the Defendant Gwynn Darle Morrison filed her Motion to Continue Trial due to the unavailability of her counsel that week. On February 21, 2023, this Court held a status conference on Defendant Gwynn Darle Morrison's motion by video teleconference. Walter J. Rodby appeared for Defendant Walter Glenn Primrose and Megan K. Kau appeared for Defendant Gwynn Darle Morrison – Defendants Walter Primrose and Gwynn Morrison appeared by video from the Honolulu Federal Detention Center. The United States appeared by Assistant U.S. Attorney Thomas Muehleck. Defendant Walter Primrose and his counsel met privately to discuss Defendant Morrison's request. Mr. Rodby advised the Court that he initially was free to try the case on May 15, 2023, the date proposed by counsel for Defendant Morrison, but now, he was not free for trial on that date and that, additionally, Defendant Primrose does object to a continuance of the April 17, 2023, trial date. The United States had previously filed a response to Defendant Morrison's request to continue trial, voicing no opposition to Defendant Morrison's request to continue as long as a severance did not result. The Court and the parties discussed other potential dates.

The Court made oral findings of fact at the hearing and those findings are incorporated in this order. The Court grants Defendant Gwynn Darle Morrison's motion to continue the trial date from April 17, 2023, to May 22, 2023.

The Court finds that Megan K. Kau, counsel for Defendant Morrison is unavailable for trial on April 17, 2023, and the Court further finds that the ends of justice require a continuance of the trial date from April 17, 2023, to May 22, 2023, because of Ms. Kau's unavailability, and notes her representation of Defendant Morrison since the inception of this matter.  **The Court finds that failure to grant the continuance would unreasonably deny Defendant Morrison continuity of counsel.**

The Court also finds that the ends of justice served by the continuance outweigh the best interests of the Defendants and the public in a speedy trial, and that the period of time from April 17, 2023, to and including May 22, 2023, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(6)**, (7)(A) and (B)(iv)**.

IT IS SO ORDERED.

DATED:    April 3, 2023, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

3