WALTER J. RODBY   #5594
733 Bishop Street, Suite 2050A
Honolulu, Hawai`i  96813
Telephone: (808) 232-6313
E-mail:  AttorneyRodby@msn.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 22-00060 LEK |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AND APPOINT SUBSTITUTE COUNSEL FOR DEFENDANT WALTER GLENN PRIMROSE AKA BOBBY FORT; DECLARATION OF WALTER J. RODBY & CERTIFICATE OF SERVICE |
| v. | |
| WALTER GLENN PRIMROSE AKA BOBBY FORT, | |
| Defendant. | |

**MOTION TO WITHDRAW AND APPOINT
SUBSTITUTE COUNSEL FOR DEFENDANT
<u>WALTER GLENN PRIMROSE AKA BOBBY FORT</u>**

  WALTER J. RODBY, criminal justice attorney for Defendant WALTER GLENN PRIMROSE AKA BOBBY FORT ("PRIMROSE AKA BOBBY FORT" or "Defendant"), moves this Honorable Court for an order allowing him

1

to withdraw in the above-entitled matter, and for the appointment of a substitute criminal justice attorney, to assist and represent Defendant in the above-entitled matter.

DATED: Honolulu, Hawai`i, April 10, 2023.

<u>/ s / Walter J. Rodby</u>
Attorney for Defendant
WALTER GLENN
PRIMROSE AKA BOBBY
FORT

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 22-00060 LEK |
| Plaintiff, | DECLARATION OF WALTER J. RODBY |
| v. | |
| WALTER GLENN PRIMROSE AKA BOBBY FORT, | |
| Defendant. | |

## DECLARATION OF WALTER J. RODBY

I, Walter J. Rodby, am the attorney representing Defendant WALTER GLENN PRIMROSE aka Bobby Fort in the above-entitled matter and I state the following based upon information and belief, under penalty of law;

1. The events of April 7, 2023 led me to believe that it would be prudent to submit the motion to the court to air issues that have surfaced in this matter, and hopefully resolve them in a timely fashion.

   DATED: Honolulu, Hawai`i, April 10, 2023.

   /s/ Walter J. Rodby
   WALTER J. RODBY
   Attorney for Defendant

3

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER GLENN PRIMROSE AKA BOBBY FORT,<br><br>Defendant. | CR. NO. 22-00060 LEK<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been electronically mailed and served upon the following parties, as set forth below:

Served Electronically through CM/ECF:

| | |
|---|---|
| Thomas Muehlek | Tom.Muehlek@usdoj.gov |
| Megan Kau | Mk@megkaulaw.com |

DATED: Honolulu, Hawai'i, April 10, 2023.

                                             */s/ Walter J. Rodby*
                                             Attorney for Defendant