**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 647-2423
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com

Attorney for Defendant Walter Primrose

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAI`I

| United States of America, | ) | CR. NO. 22-00060 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | EX PARTE MOTION TO WITHDRAW |
| vs. | ) ) | |
| Walter Glenn Primrose, aka Bobby Fort, | ) ) ) | |
| Defendant. | ) | |

Walter Primrose and Marc J. Victor move this Court to allow Marc J. Victor to withdraw and appoint new counsel. There has been a breakdown in the attorney/client relationship and continued representation would violate Rules 1.16 (a)(1) and (3) of the Hawai`i Rules of Professional Conduct.

Respectfully submitted April 27, 2023.

        THE ATTORNEYS FOR FREEDOM

        By: /s/ *Marc J. Victor*
        Attorney for the Defendant