# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAI`I

| United States of America, | ) | CR. NO. 22-00060 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL |
| vs. | ) ) ) | |
| Walter Glenn Primrose, aka Bobby Fort, | ) ) ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED, that the Ex Parte Motion to Withdraw is hereby granted due to the breakdown of the attorney-client relationship, and that counsel from the CJA panel will be appointed to represent Mr. Primrose in this case.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawai`i, May ____, 2023.

_____

U.S. Magistrate Judge